**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                          §
                                                §
Shellie Molina                                  §     Case No. 14-39772
                                                §
         Debtor                                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/04/2016 in Courtroom ,

        Second Floor
        Joliet City Hall Building
        150 West Jefferson Street
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2016                      By: /s/ Zane L. Zielinski
                                                          Chapter 7 Trustee


*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Shellie Molina § Case No. 14-39772
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,254.20 |
| and approved disbursements of | $ | 60.00 |
| leaving a balance on hand of[1] | $ | 5,194.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,275.42 | $ 0.00 | $ 1,275.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,275.42 |
| Remaining Balance | | $ | 3,918.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,496.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | State Farm Bank | $ 7,752.75 | $ 0.00 | $ 1,960.57 |
| 2 | Lvnv Funding, Llc Its Successors And Assigns As | $ 7,743.38 | $ 0.00 | $ 1,958.21 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,918.78 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-39772-BWB
Shellie Molina                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2              Date Rcvd: Feb 11, 2016
                              Form ID: pdf006           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2016.
```
db              #+Shellie Molina,    12314 White Oak Drive,    Plainfield, IL 60585-6826
22590391        +Aes,    Po Box 2461,    Harrisburg, PA 17105-2461
22590392        +Andres E Molina,    23728 Spring Court, # 107,    Plainfield, IL 60585-2275
22590394       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
22590395       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
22590396        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22590397        +Comenity Bank/Anntylr,     Po Box 182273,    Columbus, OH 43218-2273
22590399        +Ecmc,    101 E 5th St, Suite 2400,    St Paul, MN 55101-1800
22590400        +Hfc,    Po Box 9068,    Brandon, FL 33509-9068
22590402        +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
22590403        +Merchants Credit Guide,     223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
23026546         State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22590404        +State Farm Financial S,     3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
22590406        +Us Dept Of Education,     Po Box 5609,    Greenville, TX 75403-5609
22590407        +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
22590408       ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                  Frederick, MD 21701)
22657123        +Wells Fargo Bank, N.A.,     c/o Pierce and Associates,    1 North Dearborn, Suite 1300,
                  Chicago, IL 60602-4321
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22590393        +E-mail/Text: banko@berkscredit.com Feb 12 2016 01:28:05      Berks Credit & Coll,
                  900 Corporate Dr,    Reading, PA 19605-3340
22590398        +E-mail/Text: mrdiscen@discover.com Feb 12 2016 01:27:45      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
22590401         E-mail/Text: cio.bncmail@irs.gov Feb 12 2016 01:27:57      Internal Revenue Service (IRS),
                  PO Box 7346,    Philadelphia, PA 19101-7346
23261893         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2016 01:23:34
                  LVNV Funding, LLC its successors and assigns as,      assignee of CR Evergreen, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22590405        +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2016 01:22:09      Syncb/Gap,    Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2016 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    WELLS FARGO BANK, N.A.
               northerndistrict@atty-pierce.com, Christopher.brown@pierceservices.com
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Feb 11, 2016
                               Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John J Lynch    on behalf of Debtor 1 Shellie  Molina jlynch@lynch4law.com,
           rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L. Zielinski    trustee@zanezielinski.com,
           zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactorlaw.com

                                                                                                              TOTAL: 5

Case 14-39772    Doc 28    Filed 02/11/16    Entered 02/14/16 01:05:10    Desc Imaged
                         Certificate of Notice    Page 6 of 6