# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Shellie Molina | § | Case No. 14-39772 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 283,317.00
*(Without deducting any secured claims)*

Assets Exempt: 21,431.69

Total Distributions to Claimants: 3,918.78

Claims Discharged
Without Payment:  427,424.17

Total Expenses of Administration:  1,335.42

3) Total gross receipts of $ 5,254.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,254.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 262,099.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,335.42 | 1,335.42 | 1,335.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,062.82 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 179,437.00 | 15,496.13 | 15,496.13 | 3,918.78 |
| **TOTAL DISBURSEMENTS** | $ 445,598.82 | $ 16,831.55 | $ 16,831.55 | $ 5,254.20 |

4)  This case was originally filed under chapter 7 on  10/31/2014 .  The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2016                              By:/s/Zane L. Zielinski
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking / Savings Account At Bmo Harris Bank | 1129-000 | 500.21 |
| Checking, savings or other financial accounts | 1129-000 | 4,753.99 |
| TOTAL GROSS RECEIPTS | | $ 5,254.20 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 262,099.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 262,099.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,275.42 | 1,275.42 | 1,275.42 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,335.42 | $ 1,335.42 | $ 1,335.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service (IRS) PO Box 7346 Philadelphia, PA 19101-7346 | | 4,062.82 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 4,062.82 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes Po Box 2461 Harrisburg, PA 17105 | | 85,000.00 | NA | NA | 0.00 |
| | Berks Credit & Coll 900 Corporate Dr Reading, PA 19605 | | 395.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 50,693.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 1,000.00 | NA | NA | 0.00 |
| | Comenity Bank/Anntylr Po Box 182273 Columbus, OH 43218 | | 1,000.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 4,883.00 | NA | NA | 0.00 |
| | Ecmc 101 E 5th St, Suite 2400 St Paul, MN 55101 | | 0.00 | NA | NA | 0.00 |
| | Hfc Po Box 9068 Brandon, FL 33509 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 1,025.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 260.00 | NA | NA | 0.00 |
| | Syncb/Gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | 5,429.00 | NA | NA | 0.00 |
| 2 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 22,000.00 | 7,743.38 | 7,743.38 | 1,958.21 |
| 1 | State Farm Bank | 7100-000 | 7,752.00 | 7,752.75 | 7,752.75 | 1,960.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 179,437.00** | **$ 15,496.13** | **$ 15,496.13** | **$ 3,918.78** |

**FORM 2**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 14-39772 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Shellie Molina | | | | Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 05/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Location: 12314 White Oak Drive, Plainfield Il 60544 - Value | 297,317.00 | 0.00 | | 0.00 | FA |
| 2.  Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3.  Checking / Savings Account At Bmo Harris Bank | 4,500.21 | 500.21 | | 500.21 | FA |
| 4.  Misc Household Goods And Furniture Located At - 12314 White | 1,000.00 | 0.00 | | 0.00 | FA |
| 5.  Personal Clothing Of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6.  401K Accounts At Diversefied | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Checking, savings or other financial accounts (u) | 3,529.00 | 4,753.99 | | 4,753.99 | FA |
| 8.  Checking, savings or other financial accounts (u) | 1,411.69 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $308,777.90 | $5,254.20 | | $5,254.20 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

RE PROP #       3   --   After 341 meeting Debtor amended schedules with different bank accounts.

RE PROP #       7   --   Checking Account at BMO Harris Bank 6716

Initial Projected Date of Final Report (TFR): 01/31/2016       Current Projected Date of Final Report (TFR): 01/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-39772                                                  Trustee Name:  Zane L. Zielinski         **Exhibit 9**
Case Name:  Shellie Molina                                       Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX4263

Checking

Taxpayer ID No:  XX-XXX1711                               Blanket Bond (per case limit): $5,000,000.00
For Period Ending:  05/11/2016                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4967 | Transfer of Funds | 9999-000 | $5,204.20 | | $5,204.20 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,194.20 |
| 03/04/16 | 5001 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,275.42 | $3,918.78 |
| 03/04/16 | 5002 | State Farm Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 25.29 % per court order. | 7100-000 | | $1,960.57 | $1,958.21 |
| 03/04/16 | 5003 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Cr Evergreen, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 2 representing a payment of 25.29 % per court order. | 7100-000 | | $1,958.21 | $0.00 |

COLUMN TOTALS    $5,204.20    $5,204.20
Less: Bank Transfers/CD's    $5,204.20    $0.00
Subtotal    $0.00    $5,204.20
Less: Payments to Debtors    $0.00    $0.00
Net    $0.00    $5,204.20

Page Subtotals:    $5,204.20    $5,204.20

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Case 14-39772   Doc 30   Filed 05/20/16   Entered 05/20/16 14:55:16   Desc Main
Document   Page 9 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-39772 | Trustee Name: Zane L. Zielinski |
| Case Name: Shellie Molina | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4967 |
| | Checking |
| Taxpayer ID No: XX-XXX1711 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/15 | 7 | Shellie A Molina Cashier's Check BMO Harris Bank | Bank Account first of three payments of non-exempt bank account funds | 1129-000 | $1,751.40 | | $1,751.40 |
| 03/02/15 | | Shellie Molina BMO Harris Bank | Bank Account Agreed turnover of funds from the Debtor in undisclosed funds | | $3,502.80 | | $5,254.20 |
| | | | Gross Receipts $3,502.80 | | | | |
| | 3 | | Checking / Savings Account At Bmo Harris Bank $500.21 | 1129-000 | | | |
| | 7 | | Checking, savings or other financial accounts $3,002.59 | 1129-000 | | | |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,244.20 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,234.20 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,224.20 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,214.20 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,204.20 |
| 07/14/15 | | Transfer to Acct # xxxxxx4263 | Transfer of Funds | 9999-000 | | $5,204.20 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,254.20 | $5,254.20 |
| Less: Bank Transfers/CD's | $0.00 | $5,204.20 |
| Subtotal | $5,254.20 | $50.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $5,254.20 | $5,254.20 |

Case 14-39772    Doc 30    Filed 05/20/16    Entered 05/20/16 14:55:16    Desc Main
Document        Page 10 of 11

$9,259.28                    $50.00

Exhibit 9

Page Subtotals:                              $0.00              $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4263 - Checking | $0.00 | $5,204.20 | $0.00 |
| XXXXXX4967 - Checking | $5,254.20 | $50.00 | $0.00 |
| | $5,254.20 | $5,254.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,254.20 |
| Total Gross Receipts: | $5,254.20 |

Page Subtotals:                    $0.00        $0.00